UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

RONALD J. DISMUKES, et al.,

            Plaintiff(s),            Case No. 19-cv-12035

v.                                       Honorable Stephen J. Murphy, III

FORD MOTOR COMPANY,            Magistrate Judge R. Steven Whalen

            Defendant(s).
_____/

**ORDER REGARDING REASSIGNMENT OF COMPANION CASE**

      This case appears to be a companion case to Case No. 19-cv-11319. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable Robert H. Cleland and Magistrate Judge Anthony P. Patti.

                                              s/Stephen J. Murphy, III
                                              Stephen J. Murphy, III
                                              United States District Judge

                                              s/Robert H. Cleland
                                              Robert H. Cleland
                                              United States District Judge

      Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
      Case type: CIVIL

      If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: July 10, 2019                                  s/ S Schoenherr
                                                              Deputy Clerk

cc:    Parties and/or counsel of record
        Honorable Robert H. Cleland